ADVANCED DISABILITY ADVOCATES
Kevin Hong (SBN 299040)
3010 Wilshire Blvd. #516
Los Angeles, CA 90010
Telephone: (310) 926-2519
Facsimile:  (310) 634-1258
adadvocates@gmail.com

Attorneys for Plaintiff,
SONG YUNE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONG YUNE,<br><br>    Plaintiff,<br><br>    vs.<br><br>JIGGYCHARLIE, INC. d/b/a R-101 RAMEN; CENRAL ELK PROPERTIES, LLC; and DOES 1 through 10, inclusive,<br><br>    Defendants. | **Case No.: 2:19-cv-01114-JFW-DFM**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE**<br><br>Case Filed:    February 13, 2019 |

Notice is hereby given that Plaintiff Song Yune ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case.  Plaintiff shall file the dispositional documents within thirty (30) days from the date of filing of this Notice of Settlement in order to afford the Parties time to complete the settlement.

Dated: June 03, 2019            ADVANCED DISABILITY ADVOCATES

                    By:    */s/ Kevin Hong*_____
                        Kevin Hong, Esq.
                    Attorneys for Plaintiff